FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUN 12 2023

KEVIN P. WEIMER, Clerk
By [signature] Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*v.*<br>TRION THOMAS | Criminal Action No.<br>1:22-CR-338-TWT |

**CONSENT ORDER AND JUDGMENT OF FORFEITURE**

WHEREAS, this Court accepted the guilty plea of the Defendant to the Information and determined, pursuant to Rule 32.2(b)(1)(A) of the Federal Rules of Criminal Procedure and based upon the guilty plea, that the Defendant committed offenses involving $113,190.00, and

WHEREAS, the United States seeks a personal money judgment against the Defendant in the amount of $113,190.00, and

WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment,"

NOW THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED that the Defendant shall forfeit to the United States the sum of $113,190.00, pursuant to 18 U.S.C. § 982(a)(1).

IT IS HEREBY FURTHER ORDERED that, upon the entry of this Order, the United States Attorney General or his designee may conduct discovery to identify, locate, and facilitate the disposition of property subject to forfeiture in accordance with Fed. R. Crim. P. 32.2(b)(3).

IT IS FURTHER ORDERED that the Court shall retain jurisdiction in this case for the purpose of enforcing this Order and, pursuant to Rule 32.2(b)(3), this Order of Forfeiture shall become final as to the Defendant at the time of sentencing and shall be made part of the sentence and included in the Judgment; and

IT IS FURTHER ORDERED that the United States may, at any time, move, pursuant to Rule 32.2(e), to amend this Order of Forfeiture to substitute property, with a value not exceeding $113,190.00, to satisfy the money judgment in whole or in part.

SO ORDERED THIS 12 day of June, 2023.

Thomas W. Thrash
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE

Presented by:

Kelly Connors
Assistant United States Attorney

C Wenger
Christopher A. Wenger
Trial Attorney

Consented to:

Eli Bennet
Attorney for Defendant
Taylor Lee & Associates, LLC
6855 Jimmy Carter Blvd., Suite 2150
Norcross, Georgia 30071
(770) 650-7200
eli@htlweb.com